PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00334-DAD-JDP |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 2021 DODGE DURANGO UTILITY SRT HELLCAT, VIN: 1C4SDJH99MC757148, LICENSE NUMBER: 8YGP548, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Sukhmanpreet Jawanda and Joseph Edward ("claimants"), by and through their respective counsel, as follows:

1.     On or about August 15, 2022, claimants Sukhmanpreet Jawanda and Joseph Edward filed claims in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the above-referenced vehicle (hereafter "defendant vehicle"), which was seized on or about May 12, 2022.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant vehicle as required by law in the administrative

forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 11, 2022.

4.  By Stipulation and Order filed November 15, 2022, the parties stipulated to extend to January 10, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

5.  By Stipulation and Order filed January 10, 2023, the parties stipulated to extend to April 10, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

6.  By Stipulation and Order filed April 10, 2023, the parties stipulated to extend to July 10, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

7.  By Stipulation and Order filed July 10, 2023, the parties stipulated to extend to September 8, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

8.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 7, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

///

///

Stipulation and Order to Extend Time

9.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to December 7, 2023.

Dated: 9/6/2023

PHILLIP A. TALBERT
United States Attorney

By:      /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/5/2023

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for potential claimants Sukhmanpreet
Jawanda and Joseph Edward
(Authorized by email)

IT IS SO ORDERED.

Dated:   **September 6, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE